ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Northrop Grumman Mission Systems | ) ASBCA No. 62596-ADR |
| | ) |
| Under Contract No. W91QUZ-07-D-0005 | ) |

APPEARANCES FOR THE APPELLANT:    Thomas A. Lemmer, Esq.
Joseph G. Martinez, Esq.
  Dentons US LLP
  Denver, CO

Peter B. Hutt, II, Esq.
Daniel L. Russell, Jr., Esq.
Evan R. Sherwood, Esq.
  Covington & Burling LLP
  Washington DC

APPEARANCES FOR THE GOVERNMENT:    Samuel W. Morris, Esq.
  DCMA Chief Trial Attorney
Adrianne L. Goins, Esq.
Matthew D. Bordelon, Esq.
  Trial Attorneys
  Defense Contract Management Agency

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  May 27, 2025

LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62596-ADR, Appeal of Northrop Grumman Mission Systems, rendered in conformance with the Board's Charter.

Dated:  May 27, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals